# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA ROSENBERG, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-3526 |
| CARMEN VUOTTO and THE CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *26th* day of *October*, 2010, upon consideration of the Motion by Defendants Carmen Vuotto and the City of Philadelphia to Dismiss Plaintiff's Complaint (Docket No. 3) and the Response of Plaintiff Christina Rosenberg (Docket No. 4), it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED IN ITS ENTIRETY**.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.